# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA EVANS<br>1885 Case Street<br>Twinsburg, OH 44027,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PREMIER O.E.M. INC.,<br>3479 State Road<br>Cuyahoga Falls, OH 44223,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.<br><br>JUDGE<br><br><br><br><br><br><br><br>**DEFENDANT'S CORPORATE**<br>**DISCLOSURE STATEMENT** |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Defendant Premier O.E.M. Inc.

1.　　Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

　　　X YES ＿＿ NO

　　　If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

　　　Polaris Inc. (parent company of Defendant)

2.　　Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

<u>X</u> YES  __ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

<u>Polaris Inc. (financial interest as parent company of Defendant).</u>

                                                Respectfully submitted,

Dated:  September 21, 2022          <u>/s/ Joseph N. Gross</u>
Joseph N. Gross (0056241)
Ryan S. Babiuch (0094025)
Benesch, Friedlander, Coplan &
Aronoff LLP
200 Public Square, Suite 2300,
Cleveland, OH 44114
Telephone: (216) 363-4500
JGross@beneschlaw.com
RBabiuch@beneschlaw.com

<u>/s/ Richard W. Pins</u>
Richard W. Pins (MN #0260149)
Anne Marie Buethe (MN #0401172)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
rick.pins@stinson.com
anne.buethe@stinson.com
***Pro Hac Vice Admissions Pending***

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically via CM/ECF, and further that a copy of the foregoing was placed in the United States mail, postage prepaid, and emailed this September 21, 2022 on the following:

Stephan I. Voudris
Christopher M. Sams
Voudris Law LLC
8401 Chagrin Road, Suite 8
Chagrin Falls, OH 44023
*Attorneys for Plaintiff*

   /s/ Joseph N. Gross
Joseph N. Gross (0056241)
One of the Attorneys for Defendant

3

20004039